IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Armando Arenivar, | ) | No. CV 05-3466-PHX-EHC |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph M. Arpaio, | ) ) | |
| Defendant. | ) ) | |

On May 30, 2006, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation [dkt. 9], recommending that this case be dismissed for failure to prosecute. Plaintiff has not filed a Response or Objection.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation [dkt. 9] is **ADOPTED**; this case is **DISMISSED** without prejudice for failure to prosecute.

DATED this 1st day of August, 2006.

Earl H. Carroll
United States District Judge